# Court of Appeals
# of the State of Georgia

ATLANTA,   May 09, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0340. JAMES GLENN JONES v. THE STATE.**

In 2009, James Glenn Jones pled guilty to aggravated assault and was given an eight-year sentence, to run concurrently with a federal sentence. He subsequently moved to withdraw his guilty plea and void his allegedly illegal sentence. On March 28, 2013, the trial court denied his motion. Jones then filed this application for discretionary appeal.

Although Jones's motion may have been untimely, orders resolving out-of-time motions to withdraw guilty pleas have been treated by our Supreme Court as directly appealable. See *Ellison v. State*, 283 Ga. 461 (660 SE2d 373) (2008); *Smith v. State*, 283 Ga. 376 (659 SE2d 380) (2008). Accordingly, based on the limited information included in this application, it appears that the trial court's order is subject to direct appeal.

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Jones shall have ten days from the date of this order to file a notice of appeal with the trial court. If he has already filed a notice of appeal in the trial court, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/09/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , Clerk.